UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, d/b/a U.S. BANK EQUIPMENT FINANCE, | CIVIL ACTION NO. 3:25-CV-01986 |
| Plaintiff, | (SAPORITO, J.) |
| v. | |
| SHEN SMILES, PC, | |
| Defendants. | |

## ORDER

AND NOW, this 1st day of May, 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1.    U.S. Bank's motion for default judgment (Doc. 9) is **GRANTED**.

2.    The Clerk of Court is directed to enter judgment in favor of U.S. Bank and against the defendants, Shen Smiles, PC and Linda Shen, jointly and severally, in the amount of $120,300.39 plus attorneys' fees and costs in the amount of $7,720.00, for a total judgment of $128,020.39.

- 2 -

3.    The Clerk of Court is directed to close the case.


                                        *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge